United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 20-11017-amc
Tung S To                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 1            Date Rcvd: Aug 18, 2020
                             Form ID: pdf900         Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
```
db         +Tung S To,   395 Cassatt Road,   Berwyn, PA 19312-1328
cr         +Beneficial Bank,   Saldutti Law Group,   BYN Mellon Center,   1735 Market Street, Suite 3750,
             Philadelphia, PA 19103-7532
14469911   +New Res-shellpoint Mtg,   55 Beattie Place,   Greenville, SC 29601-2165
14496446   +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville, SC 29603-0826
14515644   +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   C/O KML Law Group,
             701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14516493   +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   C/O REBECCA ANN SOLARZ,   KML Law Group, P.C.,
             701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:09     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,  1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:43
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:53    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:43
             Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
             Harrisburg, PA  17128-0946
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   PO BOX 10826,   GREENVILLE, SC 29603-0826
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
```
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
           cmomjian@attorneygeneral.gov
          JOHN L. MCCLAIN    on behalf of Debtor Tung S To aaamcclain@aol.com,  edpabankcourt@aol.com
          MICHAEL J. SHAVEL    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           mshavel@hillwallack.com,  skenny@hillwallack.com;lharkins@hillwallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          REBECCA K. MCDOWELL    on behalf of Creditor   Beneficial Bank rmcdowell@slgcollect.com,
           pwirth@slgcollect.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tung S. To<br>　　　　　Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　Movant<br>vs.<br>Tung S. To<br>　　　　　Debtor(s) | NO. 20-11017 AMC |
| Dai T. To<br>　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　Trustee | |

## ORDER

AND NOW, this      day of            , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 395 Cassatt Road, Berwyn, PA 19312 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: August 18, 2020**

_____
United States Bankruptcy Judge.

Tung S. To
395 Cassatt Road
Berwyn, PA 19312

Dai T. To
395 Cassatt Road
Berwyn, PA 19312

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532