**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13

To, Tung S

    **Debtor**

      :    20-11017

**CERTIFICATE OF SERVICE OF
<u>DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN</u>**

I certify that on <u>August 31, 2020</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>August 31, 2020</u>

    <u>"/s/"Mitchell J. Prince</u>
    John L. McClain, Esquire
    Mitchell J. Prince, Esquire
    Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072