UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor WSFS Bank, as Successor by Merger to Beneficial Bank

| | |
|---|---|
| IN RE: | : CASE NUMBER: 20-11017-AMC |
| | : |
| TUNG S. TO, | : |
| | : CHAPTER 13 |
| Debtor. | : |
| | : |

# CERTIFICATE OF SERVICE

I, Rebecca K. McDowell, Esq., hereby certify that on this date I have caused a true and correct copy of WSFS Bank's Motion for Relief from Stay and Notice of Motion via the Court's electronic filing system upon:

**JOHN L. MCCLAIN**
**John L. McClain and Associates**
**P.O. Box 123**
**Narberth, PA 19072-0123**

**CAROL E. MOMJIAN**
**Office of the Attorney General**
**1600 Arch Street**
**Third Floor**
**Philadelphia, PA 19103**

**WILLIAM C. MILLER, Esq.**
**Chapter 13 Trustee**
**P.O. Box 1229**
**Philadelphia, PA 19105**

MICHAEL J. SHAVEL
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Copies of the Motion and Notice of Motion were also delivered to the following via first class mail:

Tung S To
395 Cassatt Road
Berwyn, PA 19312

IRS
P.O. Box 7346
Philadelphia, PA 19101-7317

/s/ Rebecca K. McDowell
REBECCA K. MCDOWELL, ESQ.

DATE: September 2, 2020