**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>TUNG S. TO,<br><br>Debtor. | CASE NO: 20-11017-AMC<br><br>CHAPTER 13 |
|---|---|

**ORDER VACATING AUTOMATIC STAY**

AND NOW, this _____ day of _____, 20_____ it is hereby

ORDERED that WSFS Bank's Motion for Relief from the Automatic Stay is GRANTED, and it is further

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is hereby lifted as to the Real Property described in the Motion so that WSFS Bank may exercise its rights to the Real Property under applicable non-bankruptcy law, and it is further

ORDERED that this Order is effective immediately notwithstanding Fed. R. Bankr. P. 4001(a)(3); and it is further

ORDERED that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

**Date: September 30, 2020**

By: _____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge