United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11017-amc |
| Tung S To | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tung S To, 395 Cassatt Road, Berwyn, PA 19312-1328 |
| cr | #+ | Beneficial Bank, Saldutti Law Group, BYN Mellon Center, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |
| 14469895 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14473314 | #+ | BENEFICIAL BANK, c/o Saldutti Law Group, Rebecca K. McDowell, Esq., 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |
| 14479798 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14469896 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14469898 | + | CITIBANK N.A, 425 COMMERCE DRIVE SUIT 150, FORT WASHINGTON, PA 19034-2727 |
| 14498241 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14469899 | + | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14478819 | + | Comm. of PA Dept. of Revenue, c/o Carol E. Momjian, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14469904 | | DISCOVER BANK, C/O DISCOVER PRODUCTS INC, 6500 NEW ALBANY RD, BERWYN, PA 19312 |
| 14469907 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14469909 | + | Manley Deas Kochalshi, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14469910 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14469911 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14496446 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14516493 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14515644 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469915 | + | Pressler, Felt and Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14469916 | #+ | Saldutti Law Group, BNY Mellon Center, 1735 Market Street Ste 3750, Philadelphia, PA 19103-7532 |
| 14469917 | + | ToBox LLC, 395 Cassatt Rd, Berwyn, PA 19312-1328 |
| 14480345 | + | WSFS Bank, as successor to Beneficial Bank, 500 Delaware Ave., Wilmington, DE 19801-1490 |
| 14469918 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2020 02:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 28 2020 02:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2020 02:36:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14494212 | + | Email/Text: g20956@att.com | Oct 28 2020 02:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, |

Case 20-11017-amc   Doc 55   Filed 10/29/20   Entered 10/30/20 00:51:25   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14469897 | | Email/Text: bankruptcy@wsfsbank.com | Oct 28 2020 02:35:00 | BENEFICIAL BANK, 1818 MARKET STREET, PHILADELPHIA, PA 19103 |
| 14528476 | | Email/Text: megan.harper@phila.gov | Oct 28 2020 02:36:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14469900 | + | Email/Text: bankruptcy@credencerm.com | Oct 28 2020 02:36:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 14469903 | | Email/Text: megan.harper@phila.gov | Oct 28 2020 02:36:00 | Department of Revenue, PO Box 148, Phila., PA 19105-0148 |
| 14473234 | | Email/Text: mrdiscen@discover.com | Oct 28 2020 02:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14469905 | + | Email/Text: mrdiscen@discover.com | Oct 28 2020 02:36:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14469906 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2020 02:36:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14469908 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 02:18:09 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14469912 | + | Email/Text: bnc@nordstrom.com | Oct 28 2020 02:36:32 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14469913 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 28 2020 02:36:00 | PECO Energy Co, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14490954 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 02:19:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14477944 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2020 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14469914 | + | Email/Text: bankruptcy@philapark.org | Oct 28 2020 02:36:00 | Philadelphia Parking Authority, 701 Market St., Ste 5400, Philadelphia, PA 19106-2895 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14469902 | | Dait TO, unknown |
| 14469901 | | Dait To |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 40

Date: Oct 29, 2020            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| JOHN L. MCCLAIN | on behalf of Debtor Tung S To aaamcclain@aol.com edpabankcourt@aol.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Beneficial Bank rmcdowell@slgcollect.com pwirth@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                   :        Chapter 13

TUNG S. TO

                Debtor(s)               :        Bky. No.   20-11017 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: October 27, 2020

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**