**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                   : Chapter 13
   To, Tung S

         Debtor                                           :  20-11017

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this _____day of _____, 2020, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $4,250.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $3,000.00 and $0.00 shall be paid through the office of the Chapter 13 trustee as an administrative priority expense.

**Date: December 11, 2020**              _____
                                               U.S. BANKRUPTCY JUDGE